UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>T&V INVESTMENT, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 21-cv-09162-JST<br><br>**ORDER TO SHOW CAUSE** |

　　　Plaintiff Scott Johnson filed this case on November 28, 2021.  ECF No. 1.  Pursuant to the scheduling order and General Order No. 56, Johnson was required to complete service, or file a motion for administrative relief requesting an extension, within 60 days of filing the complaint.  ECF No. 7 at 1; General Order No. 56 ¶ 1.  That deadline passed on January 27, 2022.  To date, no proof of service or administrative motion has been filed.

　　　Johnson is ordered to show cause in writing by February 22, 2022, as to why sanctions should not be imposed for failure to comply with the Court's orders.  This matter is set for a show cause hearing on March 1, 2022, at 9:30 a.m.

　　　**IT IS SO ORDERED.**

Dated:  February 4, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge